**Benjamin ADAMS, Plaintiff—Appellant,**

v.

**FISHER, Defendant—Appellee,**

and

**Teresa A. Schwartz; et al., Defendants.**

No. 07–15398.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Jan. 14, 2009.

Benjamin Adams, Vacaville, CA, pro se.

Oliver R. Lewis, Esq., Attorney General's Office for the State of California, Sacramento, CA, for Defendant–Appellee.

Before: GOODWIN, WALLACE, and RYMER, Circuit Judges.

MEMORANDUM **

Benjamin Adams, a former California state prisoner, appeals pro se from the district court's summary judgment in favor of defendant in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Adams failed to raise a genuine issue of material fact as to whether defendant acted with deliberate indifference by changing Adams's insulin schedule. *See id.* at 1057 (explaining that prison officials must know of and disregard an excessive risk of harm for their conduct to constitute deliberate indifference).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

